Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of candlestick holders, composed of iron, not plated with gold lacquer, similar in all material respects to those the subject of *Mottahcdeh Creations, Ltd., et al.* v. *United States* (43 Cust. Ct. 9, C.D. 2095), the merchandise was held dutiable, as claimed, at the applicable rates in effect on the respective dates of importation under the pertinent trade agreements.

BEFORE THE THIRD DIVISION, NOVEMBER 16, 1959

**No. 63520.**—Davies, Turner & Co. *v.* United States, protest 58/14290 (New York).

Opinion by DONLON, J. The protest was dismissed for lack of prosecution.

BEFORE THE SECOND DIVISION, NOVEMBER 19, 1959

**No. 63521.**—Frederick H. Cone & Co., Inc., et al. *v.* United States, protests 279066–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of synthetic filaments similar in all material respects to those the subject of *Empire Brushes, Inc., et al.* v. *United States* (42 Cust. Ct. 145, C.D. 2078), the claim of the plaintiffs was sustained.

**No. 63522.**—Kaiser Reismann Corporation *v.* United States, protests 322434–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of synthetic filaments similar in all material respects to those the subject of *Empire Brushes, Inc., et al.* v. *United States* (42 Cust. Ct. 145, C.D. 2078), the claim of the plaintiff was sustained.

**No. 63523.**—Kaiser-Reismann Corp. *v.* United States, protests 59/757, etc. (New York).